# Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  212-661-1008
anne@leelitigation.com

April 23, 2018

**Via ECF**
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Rivera v. The Anthem Companies, Inc., et al.*
       Case No. 18-cv-01420

Dear Judge Woods:

  We are counsel to Plaintiff. We respectfully submit this letter in response to Defendants' April 19, 2018 letter, in which Defendants announced their intent to file a motion to dismiss. *See* Dkt. No. 18.

  Although Plaintiff disputes and opposes the arguments made in Defendants' April 19, 2018 letter, in the interests of judicial economy and to avoid unnecessary motion practice, Plaintiff intends to file an amended Complaint, pursuant to Your Honor's Individual Practices § 3(D). Plaintiff proposes to file his amended Complaint by May 18, 2018.

  In view of the foregoing, Plaintiff respectfully requests that the pre-motion teleconference, scheduled for April 27, 2018 at 3:00 p.m. be adjourned *sine die*.


Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: Defendants via ECF