UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE RIVERA,<br>*on behalf of himself, FLSA Collective Plaintiffs and the Class,*<br><br>  Plaintiff,<br><br>THE ANTHEM COMPANIES, INC. f/k/a THE WELLPOINT COMPANIES, INC., and HEALTHPLUS HP, LLC d/b/a EMPIRE BLUECROSS AND BLUESHIELD HEALTH PLUS f/k/a AMERIGROUP NEW YORK, LLC<br><br>  Defendants. | Case No. 1:18-cv-01420 |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE THAT, upon the Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's First Amended Complaint, and upon all the pleadings and proceedings herein, Defendants THE ANTHEM COMPANIES, INC. f/k/a THE WELLPOINT COMPANIES, INC., and HEALTHPLUS HP, LLC d/b/a EMPIRE BLUECROSS AND BLUESHIELD HEALTH PLUS f/k/a AMERIGROUP NEW YORK, LLC will move this Court before the Honorable Gregory H. Woods, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 on a date and at a time to be designated by the Court, for an order: (i) dismissing the Complaint in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and (ii) granting to Defendants such other and further relief as the Court may deem just and proper.

47191065v.1

- 2 -

Dated:  June 25, 2018	SEYFARTH SHAW LLP


By: */s/ Jeffrey Glaser*
    Brett C. Bartlett
    bbartlett@seyfarth.com
    Jeffrey Glaser (admitted *pro hac vice*)
    jglaser@seyfarth.com
    Ariel D. Fenster  (admitted *pro hac vice*)
    afenster@seyfarth.com
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia  30309-3958
    Telephone:  (404) 885-1500
    Facsimile:  (404) 892-7056

    Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE RIVERA,<br>*on behalf of himself, FLSA Collective Plaintiffs and the Class,*<br><br>   Plaintiff,<br><br>THE ANTHEM COMPANIES, INC.<br>f/k/a THE WELLPOINT COMPANIES, INC., and HEALTHPLUS HP, LLC d/b/a EMPIRE BLUECROSS AND BLUESHIELD HEALTH PLUS f/k/a AMERIGROUP NEW YORK, LLC<br><br>   Defendants. | Case No. 1:18-cv-01420 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June, 2018, I electronically filed the foregoing **DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** with the clerk of court using the CM/ECF system, which will send notification of such filing to the following:

C.K. Lee
Anne Seelig
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, New York  10016


                                                                */s/ Jeffrey L. Glaser*
                                                                Jeffrey L. Glaser

47191065v.1