```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/22/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
      :
JORGE RIVERA, *on behalf of himself, FLSA*   :
*Collective Plaintiffs and the Class*   :
      :
      Plaintiff  :
   -v-   :   1:18-cv-01420-GHW
      :
THE ANTHEM COMPANIES, INC. f/k/a   :   <u>ORDER</u>
THE WELLPOINT COMPANIES, INC., and   :
HEALTHPLUS HP, LLC d/b/a EMPIRE   :
BLUECROSS and BLUESHIELD HEALTH   :
PLUS f/k/a AMERIGROUP NEW YORK,   :
LLC,   :
      Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the telephone conference held on March 22, 2019, Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is DENIED. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 37.

    SO ORDERED.

Dated: March 22, 2019
      New York, New York

                                            _____
                                            GREGORY H. WOODS
                                          United States District Judge