# SEYFARTH SHAW

Seyfarth Shaw LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958

(404) 885-1500
fax (404) 892-7056
www.seyfarth.com

Writer's direct phone
(404) 881-5440

Writer's e-mail
jglaser@seyfarth.com

July 12, 2019

**BY ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

>   *Re:*   *Jorge Rivera v. The Anthem Companies, Inc., et al.*
>           *United States District Court, Southern District of New York;*
>           *Case No. 1:18-cv-01420*

Dear Judge Woods:

In his reply brief, Plaintiff desparately tries to avoid this Court's denial of his motion for conditional certification by claiming that Defendants twisted the arms of multiple declarants to suborn false testimony that is fatal to his motion. (Dkt. 71, pp. 11-13).  Such grandstanding is not appropriate before this Court and certainly is not founded in truth. Plaintiff hides his flailing attempt amidst other failed arguments as if it is innocuous supposition. Instead, if credited at all, Plaintiff's request that the Court disregard Defendants' declaratons should be a motion or—at best—a notice of objection that opens the door to Defendants' further response. To be clear, Plaintiff's conditional certification motion is due to be denied. But the claim that Defendants and their counsel acted unprofessionally or unethically by bullying declarants to testify untruthfully and against their will should test this Court's patience and warrants a response. Therefore, Defendants respectfully request that this Court allow Defendants to explain the thorough steps it took to ensure that each declarant could testify truthfully and only if he or she wished to testify at all.[1]

                        Sincerely,

                        SEYFARTH SHAW LLP

                        */s/ Jeffrey Glaser*
                        Jeffrey Glaser

---

[1] Counsel for Defendants conferred with Plaintiff's counsel regarding Defendants' request made herein.  Plaintiff does not consent to Defendants' request.