

Seyfarth Shaw LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958

(404) 885-1500

fax (404) 892-7056

www.seyfarth.com

Writer's direct phone
(404) 881-5440

Writer's e-mail
jglaser@seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/19

November 18, 2019

**BY ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

**MEMORANDUM ENDORSED**

> Re: *Jorge Rivera v. The Anthem Companies, Inc. f/k/a The WellPoint Companies, Inc. and HealthPlus HP, LLC d/b/a Empire BlueCross and BlueShield Health Plus f/k/a Amerigroup New York LLC*
> United States District Court, Southern District of New York;
> Case No. 1:18-cv-01420

Dear Judge Woods:

We are counsel for Defendant in the above-referenced action. We write to request that the telephonic conference set by Your Honor for November 26, 2019 at 3:00 pm be rescheduled to the following week (December 2nd through December 6th). Counsel for Defendant will be travelling on an airplane during the currently scheduled conference and unable to communicate by phone. Defense Counsel conferred with Plaintiff's Counsel and they have no objection to resetting the conference. Further, we note that there will be no harm to the putative collective members because the Court tolled their FLSA claims from the date Plaintiff filed his motion for conditional certification until the date that notice is issued.

Respectfully submitted,

/s/ Jeffrey Glaser
Jeffrey Glaser
SEYFARTH SHAW, LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309
Tel: (404) 885-1500
Fax: (404) 892-7056
jglaser@seyfarth.com

Application granted. The telephone conference currently scheduled for November 26, 2019 is adjourned to December 4, 2019 at 1:00 p.m. The parties are directed to call Chambers (212-805-0296) at that time with all parties on the line.
SO ORDERED.

Dated: November 18, 2019
New York, New York

GREGORY H. WOODS
United States District Judge