UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE RIVERA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

    Plaintiff,

v.

THE ANTHEM COMPANIES, INC.
   f/k/a THE WELLPOINT COMPANIES, INC.,
and HEALTHPLUS HP, LLC
   d/b/a EMPIRE BLUECROSS and
   BLUESHIELD HEALTH PLUS
   f/k/a AMERIGROUP NEW YORK, LLC,

    Defendants.

Case No.: 1:18-cv-1420

---

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF OPT IN PLAINTIFF

PLEASE TAKE NOTICE that Rosa Aybar, through her attorneys and upon her annexed declaration (Exhibit A), hereby withdraws her opt in consent form filed for the above-captioned action.

Dated: February 28, 2020
      New York, New York

By:   */s/ C.K. Lee*
     C.K. Lee, Esq.
     Lee Litigation Group, PLLC
     148 West 24th Street 8th Floor
     New York, NY 10011
     Tel: (212) 465-1188
     Fax: (212) 465-1181
     *Attorneys for Plaintiff, the FLSA Collective Plaintiffs and the Class*