# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE RIVERA,
*on behalf of himself, FLSA Collective Plaintiffs
and the Class*,

      Plaintiff,

v.

THE ANTHEM COMPANIES, INC.
   f/k/a THE WELLPOINT COMPANIES, INC.,
and HEALTHPLUS HP, LLC
   d/b/a EMPIRE BLUECROSS and
   BLUESHIELD HEALTH PLUS
   f/k/a AMERIGROUP NEW YORK, LLC,

      Defendants.

Case No.: 1:18-cv-1420

---

## DECLARATION OF ROSA AYBAR

I, ROSA AYBAR, under penalty of perjury, affirm as follows:

1. I am over the age of 18 and if called upon to do so could testify competently about the facts set forth in this declaration.

2. I am told by Plaintiffs' counsel, Lee Litigation Group PLLC that the FLSA class in this action was conditionally certified on December 16, 2019.

3. I received a form that notified me that I could choose to opt in to the FLSA class.

4. I signed the form I received on February 5, 2020 and sent it to Plaintiffs' counsel, Lee Litigation Group, PLLC.

5. I am told by Lee Litigation Group, PLLC that my form was filed with the court on February 11, 2020 (Dkt. No. 203).

6. I have since decided that I wish to withdraw my opt in consent form and I do not want to participate as an opt-in Plaintiff in the FLSA class. I understand this means I cannot participate in any potential proceeds resulting from a settlement or trial of the FLSA claims asserted in this case.

7. I further understand that I am free to pursue any potential individual claims I may have against The Anthem Companies, Inc. or Healthplus HP, LLC on my own.

8. I submit this declaration in further support of Plaintiffs' motion to withdraw me, Rosa Aybar, as an opt-in Plaintiff and ask the court to grant the motion to withdraw.

*Rosa Aybar*

Rosa Aybar