USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE RIVERA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

    Plaintiff,

v.

THE ANTHEM COMPANIES, INC.
   f/k/a THE WELLPOINT COMPANIES, INC.,
and HEALTHPLUS HP, LLC
   d/b/a EMPIRE BLUECROSS and
   BLUESHIELD HEALTH PLUS
   f/k/a AMERIGROUP NEW YORK, LLC,

    Defendants.

Case No.: 1:18-cv-1420

**MEMORANDUM ENDORSED**

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF OPT IN PLAINTIFF

PLEASE TAKE NOTICE that Rosa Aybar, through her attorneys and upon her annexed declaration (Exhibit A), hereby withdraws her opt in consent form filed for the above-captioned action.

Dated: February 28, 2020
      New York, New York

By:   */s/ C.K. Lee*
       C.K. Lee, Esq.
       Lee Litigation Group, PLLC
       148 West 24th Street 8th Floor
       New York, NY 10011
       Tel: (212) 465-1188
       Fax: (212) 465-1181
       *Attorneys for Plaintiff, the FLSA Collective Plaintiffs and the Class*

Application granted. The Clerk of Court is directed to remove Rosa Aybar from the list of plaintiffs in this case.
SO ORDERED.

Dated: March 1, 2020
New York, New York

                        GREGORY H. WOODS
                      United States District Judge