# Lee Litigation Group, PLLC

30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-661-1008
                   anne@leelitigation.com

March 20, 2020

**Via ECF**

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Rivera v. The Anthem Companies, Inc., et al.*
            Case No. 18-cv-01420-GHW

Dear Judge Woods:

    We are counsel for Plaintiff in the above-referenced matter. Pursuant to Your Honor's March 20, 2020 Order, please find enclosed a clean copy of the parties' proposed protective order.

                             Respectfully submitted,

                             */s/ C.K. Lee*
                             Lee Litigation Group, PLLC

cc:   all parties (via ECF)

Enclosure