# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

September 11, 2020

**Via ECF**
The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Rivera v. The Anthem Companies, Inc,*
>       Case No.: 18-cv-01420

Dear Judge Wang,

      We are counsel to Plaintiff and write, jointly with Defendants, to respectfully respond to Your Honor's July 31, 2020 Order and inform the Court that the parties have reached a settlement in principle and intend to file their motion for preliminary approval and executed settlement agreement by September 30, 2020.

      We thank Your Honor for your consideration of this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   all parties via ECF