UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE RIVERA, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,

                    Plaintiffs,

v.

THE ANTHEM COMPANIES, INC. f/k/a THE WELLPOINT COMPANIES, INC.,

                    Defendants.

Case No.: 18-cv-01420

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the claims of all Plaintiffs are voluntarily dismissed, without prejudice, against the Defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendants:

By: ___*Benjamin Han*___
Benjamin Han, Esq.
Jeffrey Glaser, Esq.
Seyfarth Shaw LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309
Tel.: (404) 885-6738
Fax: (404) 724-1717
bhan@seyfarthshaw.com

Date: 09/30/2020

For the Plaintiffs:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 09/30/2020

SO ORDERED

_____
Hon. Ona T. Wang

8 Oct 2020
Dated